# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RAMON NOLASCO-OCAMPO,

     Defendant.

Case No. 2:09-cr-00066-LDG (GWF)

**ORDER**

     As the computation for credit for time served in prior custody is governed by 18 U.S.C. §3585(b), and as only the Attorney General (by means of the Bureau of Prisons) can compute the credit for time served, *see United States v. Wilson*, 503 U.S. 329 (1992), therefore,

     THE COURT **ORDERS** that Defendant's Motion for Clarification / Credit for Time Served (#43) is DENIED.

     DATED this _____ day of January, 2012.

_____
Lloyd D. George
United States District Judge